U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2022 DEC 19 PM 1:47

CLERK
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| ANDRÉ DACRES )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LAKAE T. McGOWAN )<br>)<br>Respondent. )<br>) | Civil Action: 2:22-cv-183 |

## RETURN ORDER

This Return Order is made pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. 9001 et seq. In accordance with this Court's Findings of Fact and Conclusions of Law, it is this 19th day of December, 2022, by the United States District Court for the District of Vermont, hereby **ORDERED**:

1. The Respondent, Lakae T. McGowan (the "Mother") shall return the minor child, ▇▇▇▇▇▇▇▇ (born in 2019) (the "child"), to the child's habitual residence of Jamaica no later than December 30, 2022.

2. The Mother shall provide notice to this Court and to counsel for the Petitioner, André Dacres (the "Father"), of the travel itinerary for the child's return to Jamaica at least 72 hours before the child departs the State of Vermont for Jamaica.

3. Pending the child's departure from the State of Vermont for Jamaica, the Mother shall not remove the child from the State of Vermont.

4. The Father shall file a notice in this Court immediately upon the child's return to Jamaica to confirm to this Court that the child has been returned to Jamaica.

5. If the Mother does not return the minor child to Jamaica on or before December 30, 2022, the Father shall so notify this Court.

6. If the Mother does not return the child to Jamaica on or before December 30, 2022, any peace officer in the State of Vermont or any federal officer is hereby commanded to assist the Father or his designee to pick up the child from the United States of America, and to allow the Father or his designee to accompany the child to Jamaica, giving the Father or his designee the right without interference to have the child in his lawful custody for the purposes described herein;

7. If the Mother fails to return the child to Jamaica on or before December 30, 2022, the Court may issue a warrant for the arrest of the Mother and appearance for a contempt hearing.

8. This Return Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

9. This Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 12 of the 1980 Hague Convention.

**IT IS SO ORDERED** this _19th_ day of _December_, 2022.

Hon. Christina Reiss
United States District Judge
United States District Court for the
District of Vermont