UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ANDRÉ DACRES**                                                              CASE NO.: 3:23-cv-00527 (SVN)

        **Petitioner,**

v.

**LAKAE T. McGOWAN**

        **Respondent.**

_____/

## VOLUNTARY RETURN ORDER

This Voluntary Return Order directing return of the minor child DKD to Jamaica is made pursuant the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.* and in accordance with article 7 of the Hague Convention, and in accordance with this Court's indicative ruling given on September 20, 2023, after having conducted an evidentiary hearing in this matter on June 27 and July 13, 2023, and thereafter having received the report and supplemental report of the court-appointed neutral expert Dr. Peter Favaro. It is therefore by the United States District Court for the District of Connecticut and with the express agreement and stipulation of the parties hereby:

    1.    **ORDERED**, that the minor child DKD (born in 2019) (the "child") shall be returned to Jamaica, the child's habitual residence; and it is further

    2.    **ORDERED**, that the parties shall meet at the office of Dr. Peter Favaro on October 9, 2023, for the Father to pick up the child from the Mother for the flight to Jamaica. The parties, through their respective counsel, shall cooperate, in consultation with Dr. Favaro, to arrange the meeting time at Dr. Favaro's office on October 9, 2023. The parties and their respective counsel

shall comply with any and all protocols required by Dr. Favaro for the child exchange; and it is further

3. **ORDERED,** that the Mother's counsel obtain the child's passport from the District Court and hold it in his possession until transferring it to the Father at the office of Dr. Peter Favaro at the child exchange, and that the Mother shall provide to the Father all of the child's other travel documents, birth certificates, and vaccination/immunization cards to Petitioner at the child exchange; and it is further

4. **ORDERED**, that in accordance with 22 U.S.C. 9004, the Mother be and hereby is prohibited from removing DKD or causing DKD to be removed from the State of Connecticut, before DKD's departure from Connecticut for Jamaica, except for travel to Dr. Favaro's office for DKD's travel to Jamaica; and it is further

5. **ORDERED**, that the Father shall file a notice in this Court promptly upon DKD's return to Jamaica to confirm to this Court that DKD has been returned to Jamaica; and it is further

6. **ORDERED**, that it is the intention of both parties to enter into a formal order in Jamaica that will provide for (1) in-person access for the Mother and child in the States of Connecticut and New York, at the sole expense of the Mother, during portions of the child's school breaks to be agreed between the parties and their counsel in Jamaica; (2) remote access to the child at times to be agreed with Father, in no event less than one hour per week by FaceTime or other videoconferencing; (3) physical access to the child by the Mother or a member of her extended family, with reasonable notice of at least two days to the Father; all after any and all United States orders of protection or their equivalents have been dismissed with prejudice by the Mother, and only after such formal order is mirrored and registered and has become fully enforceable at the Mother's sole expense in the States of Connecticut and New York under their Uniform Child Custody Jurisdiction and Enforcement Acts, and which formal order and mirrored and registered enforceable orders provide for appropriate safeguards for the Father to monitor the whereabouts

of the child at all times when the child is temporarily in the States of Connecticut and New York; and it is further

    7.    **ORDERED,** that if the Mother does not deliver the child to Dr. Favaro's office on October 9, 2023 in accordance with Paragraph 2 of this Voluntary Return Order, or if she interferes or causes or allows others to interfere with or otherwise prevent the Father from returning the child to Jamaica in accordance with this Voluntary Return Order, any peace officer in the State of Connecticut, or any federal officer anywhere in the United States and its territories, is hereby commanded to assist the Father to pick up the child in the United States and its territories, and to allow the Father to accompany DKD to Jamaica, giving the Father the right without interference to have DKD in his lawful custody for the purposes described herein; and it is further

    8.    **ORDERED**, that if the Mother does not deliver the child to Dr. Favaro's office on October 9, 2023, in accordance with Paragraph 2 of this Voluntary Return Order, or if she interferes or causes or allows others to interfere with or otherwise prevent the Father from returning DKD to Jamaica in accordance with this Voluntary Return Order, the Court may issue a warrant for the arrest of the Mother and appearance for a contempt hearing; and it is further

    9.    **ORDERED**, that if the Mother does not deliver the child to Dr. Favaro's office on October 9, 2023, in accordance with this Voluntary Return Order, or if she interferes or causes or allows others to interfere with or otherwise prevent the Father from returning DKD to Jamaica in accordance with this Voluntary Return Order, the United States Marshal or their Deputy shall enter the name of DKD born in 2019, into the national police computer system (N.C.I.C.) missing children's section forthwith upon request of the Court or the Father through his counsel of record in this matter; and it is further

10. **ORDERED**, that this Return Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

11. **ORDERED**, that by agreement of the parties, each party shall pay his or her own attorneys' fees, suit money, expenses, and costs associated with this matter incurred through the entry of this Voluntary Return Order, and each party waives any and all claims against the other under the Hague Convention and/or ICARA for necessary expenses and attorneys' fees through entry of this Voluntary Return Order; and it is further

12. **ORDERED**, that this Voluntary Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 12 of the 1980 Hague Convention.

**SO ORDERED.**

Sarala V Nagala
Digitally signed by Sarala V Nagala
Date: 2023.10.04 14:25:52 -04'00'

Sarala V. Nagala
United States District Judge

Dated: Hartford, Connecticut
October 4, 2023

**APPROVED AS TO FORM AND CONTENT:**

/s/ Kelly A. Powers
Stephen J. Cullen
Kelly A. Powers
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
(410) 385-3709 (fax)
scullen@milesstockbridge.com

*Attorneys for Petitioner*

/s/Alexander T. Taubes
Alexander T. Taubes, Esq.
Law Offices of Alexander T. Taubes, PLLC
470 James Street
Suite 007
New Haven, CT 06513
(203) 909-0048
no fax
alextt@gmail.com

*Attorney for Respondent*